# EXHIBIT 1

BEXAR COUNTY DISTRICT CLERK

# CASE SUMMARY
## CASE NO. 2021CI15053

| | | |
|---|---|---|
| **DAMON M LAKE VS NRP INVESTMENTS LLC** | Ü<br>Ü<br>Ü<br>Ü | Location: **150th District Court**<br>Judicial Officer: **150th, District Court**<br>Filed on: **07/27/2021** |

---

### CASE INFORMATION

Case Type: **OTHER CIVIL CASES**

Case Status: **07/27/2021   Pending**

---

### PARTY INFORMATION

| | | |
|---|---|---|
| **Plaintiff** | **LAKE, DAMON M**<br>*323 E CARSON ST*<br>*APT 8*<br>*SAN ANTONIO, TX 78208* | **Pro Se**<br>*323 E CARSON ST*<br>*APT 8*<br>*SAN ANTONIO, TX 78208* |
| **Defendant** | **NRP INVESTMENTS LLC**<br>*200 CONCORD PLAZA*<br>*900*<br>*SAN ANTONIO, TX 78216* | |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|

### EVENTS

| | |
|---|---|
| 07/27/2021 | New Cases Filed (OCA) |
| 07/27/2021 | PETITION |
| 07/27/2021 | STATEMENT OF INABILITY TO AFFORD PAYMENT OF COURT COSTS |
| 07/27/2021 | ACKNOWLEDGMENT OF PROPRIA PERSONA PARTY |
| 07/27/2021 | REQUEST FOR SERVICE AND PROCESS |
| 08/20/2021 | RETURN OF SERVICE - SUCCESSFUL<br>Party:  Defendant  NRP INVESTMENTS LLC |

### SERVICE

| | |
|---|---|
| 08/16/2021 | **Citation Certified Mail**<br>NRP INVESTMENTS LLC<br>Issued<br>Anticipated Server: United States Postal Service<br>Actual Server: United States Postal Service<br>Return Date/Time: 08/20/2021 |
| 08/18/2021 | **Citation Certified Mail**<br>NRP INVESTMENTS LLC                served |

---

| DATE | FINANCIAL INFORMATION |
|---|---|

| | |
|---|---|
| **Plaintiff**  LAKE, DAMON M | |
| Total Charges | 380.00 |
| Total Payments and Credits | 380.00 |
| **Balance Due as of  09/13/2021** | **0.00** |

*Printed on 09/13/2021 at 8:36 AM*



**2021CI15053**
Judge· 150th, District Court

| | | |
|---|---|---|
| **DAMON M. LAKE** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **_____ JUDICIAL DISTRICT** |
| | § | |
| **NRP INVESTMENTS, LLC** | § | |
| **Defendant.** | § | **OF BEXAR COUNTY, TEXAS** |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** DAMON M. LAKE, hereinafter called Plaintiff, complaining of and about NRP INVESTMENTS, LLC, hereinafter called Defendant, for race discrimination, sex discrimination, and retaliation under 42 U.S.C. § 2000e, the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §1981 (Section 1981), as amended by the Civil Rights Act of 1991, and shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.      Plaintiff, DAMON M. LAKE, is an Individual whose address is 323 E. Carson St. 323 E. Carson St. # 8, San Antonio, Texas 78221. The last three numbers of DAMON M. LAKE's driver's license number are 434. DAMON M. LAKE has not been issued a social security number.

3.      Defendant NRP, INVESTMENTS LLC, a Limited Liability Company with offices in Texas, in good standing with the Texas Secretary of State but no listed registered agent. Defendant may be served with process by serving the representative of said company, 200 Concord Plaza Drive Ste. 900 San Antonio, 78216. Service of said Defendant as described above can be effected by personal delivery.

## JURISDICTION AND VENUE

4.     Jurisdiction is invoked pursuant to Rule 97(a) of the Texas Rules of Civil Procedure. All conditions precedent to bringing this lawsuit have been met. Lake filed a Charge of Discrimination with the U.S. Equal Opportunity Commission (EEOC) on October 15, 2020. (See Exhibit A). The EEOC conducted an investigation and issues a Right to Sue Notice dated 4/29/21. (See Exhibit B). Lake now timely files this lawsuit.

5.     Declaratory, injunctive, and equitable relief is sought pursuant to Section 1981 and Title VII.

6.     Compensatory, liquidated, and punitive damages are sought pursuant to Section 1981 and Title VII.

7.     Costs may be awarded pursuant to Section 1981 and Title VII.

8.     This court has jurisdiction over the parties because Defendant is a Texas resident.

9.     Venue in Bexar County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

10.     Lake was employed by Defendant on or about December 2019 as an assistant community manager for the Stella Apartments in San Antonion. Texas. After being hired, he was informed by the hiring manager, Damien Threets, that he would be joining the "Bad Girls Club" but to hang in there because he would likely be promoted from assistant manager soon.  Within his first few days of work, he realized what Threets meant by the previous statement. He was the only male employee assigned to the Stella Apartments and there were approximately five other employees, all females. He believes that he was assigned to the Stella Apartments because he is a

black male and many of the residents and applicants to become residents are black. Lake was told by one of the employees that "we ladies stick together" and that he would need to look out for himself. He was not properly trained on how to process applications which made him ineligible for monthly bonuses. The other assistant manager was given all of the applications to process thus receiving all of the financial benefits from doing so. He was also omitted from birthday celebrations despite the recognition of all other employees being celebrated for their birthdays. On another instance, he was called a "bitch" by one of the employees and in the presence of other employees because he mispronounced a word. He reported this to his supervisor, April Mata, without recourse. He was also reprimanded and given written write-ups while other employees who had the same misjudgments were not reprimanded. He filed a complaint with HR for discrimination based on his race (black) and his sex (male) and was immediately reprimanded for doing so by his immediate supervisor, April Mata. He was further taunted by a corporate training representative who said, "please don't file a HR complaint on me, too" while he was registering for a training. Finally, he was terminated in June 2020 unfairly for a situation with a highly confrontational applicant whose rental application had been denied. He was taunted by the all-female staff and called a "bitch" again after being terminated.

## RACE DISCRIMINATION

11.     Defendant, NRP INVESTMENTS, LLC, intentionally engaged in unlawful employment practices involving Plaintiff because of his race.

## SEX DISCRIMINATION

12.     Defendant, NRP INVESTMENTS, LLC, intentionally engaged in unlawful employment practices involving Plaintiff because he is a male.

## DISCRIMINATION

13.     Defendant, NRP INVESTMENTS, LLC, discriminated against Plaintiff in connection with the compensation, terms, conditions and privileges of employment or limited, segregated, or classified Plaintiff in a manner that would deprive or tend to deprive him of any employment opportunity or adversely affect his status because of Plaintiff's race and sex in violation of Section 1981 and Title VII.

14.     Defendant, NRP INVESTMENTS, LLC, classified Plaintiff in a manner that deprived him of an equal employment opportunity that was provided to employees similarly situated in violation of Section 1981 and Title VII.

15.     Plaintiff alleges that Defendant, NRP INVESTMENTS, LLC, discriminated against Plaintiff on the basis of race and sex with malice or with reckless indifference to the protected rights of Plaintiff.

## RETALIATION BY NRP INVESTMENTS, LLC

16.     Plaintiff alleges that Defendant NRP INVESTMENTS, LLC, instituted a campaign of retaliation which included calling him names, failing to properly train him, and giving him verbal and written reprimands. This retaliation was and is due to Plaintiff exercising his rights by filing a complaint to HR.  Plaintiff suffered damages for which Plaintiff herein sues.

## DEMAND FOR JURY TRIAL

17.     Lake demands a jury trial.

## PRAYER FOR RELIEF

18.     WHEREFORE, Plaintiff, DAMON M. LAKE, respectfully prays that this Court:

a.      declare the conduct engaged in by Defendant be in violation of Lake's rights;

b.      enter judgment against Defendant;

c.      enjoin Defendant from engaging in such conduct;

d.     reinstate Lake and in lieu of reinstatement, order front salary and benefits;

e.     award Lake equitable relief of back salary and fringe benefits up to the date of termination and prejudgment interest for that entire period, or front salary, and benefits accrual;

f.     award Lake compensatory and punitive damages of $1,000,000.00;

g.     award Lake costs and attorney's fees should he hire an attorney later; and

h.     grant such other relief as it may deem just and proper.

Respectfully submitted,

By: _____
DAMON M. LAKE
Pro Se Plaintiff

NOTICE: THIS DOCUMENT C

**2021CI15053**
**Judge: 150th. District Court**

Case Number

Plaintiff

And

Defendant

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## 1. Your Information

My full legal name is

My address is

My phone number is               My email

About my dependents. The people who depend on me financially are listed below:

## 2. Are you represented by Legal Aid?

I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as Exhibit Legal Aid Certificate.

I asked a legal aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

I do not receive needs-based public benefits and I

receive these public benefits/government entitlements that are based on indigency:

Food stamps/SNAP          TANF          Medicaid          CHIP          SSI          WIC          AABD
Public Housing or Section 8 Housing          Low-income Energy Assistance          Emergency Assistance
Telephone Lifeline          Community Care via DADS          LIS in Medicare ("Extra Help")
Needs-based VA Pension          Child Care Assistance under Child Care and Development Block Grant
County Assistance, County Health Care, or General Assistance (GA)
Other:

4. What is your monthly income and income sources?

"I get this monthly income:

$_____ in monthly wages. I work as a _____ for _____

$ 1,455 in monthly unemployment. I have been unemployed since ____ 07/2020

$_____ in public benefits per month.

$_____ from other people in my household, each month

$_____ from    Retirement/Pension    Tips, bonuses    Disability    Worker's Comp
                    Social Security    Military Housing    Dividends, interest, royalties
                    Child/spousal support
                    My spouse's income or income from another member of my household

$_____ from other jobs/sources of income    _____

$_____ is my total monthly income.

| 5. What is the value of your property? | | 6. What are your monthly expenses? | |
|---|---|---|---|
| "My property includes: | Value* | "My monthly expenses are: | Amount |
| Cash | $ 0 | Rent/house payments/maintenance | $ 950 |
| Bank accounts, other financial assets | | Food and household supplies | $ 250 |
| Randolph Brooks | $ 100 | Utilities and telephone | $ 250 |
| _____ | $ | Clothing and laundry | $ 40 |
| _____ | $ | Medical and dental expenses | $ |
| Vehicles (cars, boats) | | Insurance (life, health, auto, etc.) | $ |
| _____ | $ | School and child care | $ |
| _____ | $ | Transportation, auto repair, gas | $ 200 |
| _____ | $ | Child/spousal support | $ |
| Other property (like jewelry, stocks, land, another house, etc.) | | Wages withheld by court order | $ |
| Dodge Colt | $ 200 | Debt payments paid to: | $ |
| _____ | $ | _____ | $ |
| _____ | $ | _____ | $ |
| Total value of property | $ 300 | Total Monthly Expenses | $ 1,690 |

7. Are there debts or other facts explaining your financial situation?

My debts include: _____    Student Loans    $30,000

*Check here if you attach another page.*

8. Declaration

I declare under penalty of perjury that the foregoing is true and correct. I further swear:

X   I cannot afford to pay court costs.
    I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is    Dason Lake    My date of birth is    03  28  1987

My address is    523 E. Abraham St.    San Antonio    TX    78208    USA

/s/ _____ signed on   7/27/2021   in   Bexar   County,   Texas

Signature

DocuSign

## Certificate Of Completion

Envelope Id: C8DA0ECC837E46B5BBDA70090D438CE4                     Status: Completed
Subject: Inability to Afford Court Costs statement-final version 5llake_1
Source Envelope:
Document Pages: 2                    Signatures: 1              Envelope Originator:
Certificate Pages: 1                 Initials: 0                Damon Lake
AutoNav: Enabled                                                damonlake28@gmail.com
EnvelopeId Stamping: Disabled                                   IP Address: 24.207.218.77
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

## Record Tracking
Status: Original                     Holder: Damon Lake          Location: DocuSign
       7/27/2021 9:42:23 AM                 damonlake28@gmail.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Damon Lake | | Sent: 7/27/2021 9:42:23 AM |
| damonlake28@gmail.com | | Viewed: 7/27/2021 9:42:39 AM |
| Damon Lake | | Signed: 7/27/2021 10:01:48 AM |
| Security Level: Email, Account Authentication (None) | Signature Adoption: Drawn on Device | Freeform Signing |
| | Using IP Address: 104.192.12.11 | |

Electronic Record and Signature Disclosure:
    Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/27/2021 9:42:23 AM |
| Certified Delivered | Security Checked | 7/27/2021 9:42:39 AM |
| Signing Complete | Security Checked | 7/27/2021 10:01:48 AM |
| Completed | Security Checked | 7/27/2021 10:01:48 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

Pro Se Acknowledgement

**2021CI15053**
Cause No. _____
Judge: 150th. District Court

I have received, read and understand all of the Pro Se Hearing Guidelines. I agree to abide by these guidelines and understand that my failure to do so may result in adverse action against me, that I may be asked to leave the Courtroom, or that I may not receive the relief I am seeking.

If the opposing party will sign a **Waiver of Citation**, it is only valid if the notarized signature is dated at least one (1) day after the date the **Original Petition for Divorce** is filed.

If I am filing for a divorce or for a change in custody, and my spouse and I care for minor-age children, I will take the required class, **"Helping Children Cope with Divorce"**, before asking the court to enter a final Order or Decree. I understand that my divorce will not be granted without presenting the certificate of completion.

I understand that I may hire an attorney to represent me or, if I meet certain requirements, I may be entitled to free counsel. By choosing to voluntarily represent myself, I am now proceeding Pro Se. I will receive no special favors, assistance, or advice from the Judge, judicial staff, or clerks as they cannot and do not represent either party in the litigation. I will be expected to comply with all relevant rules of procedural, evidentiary, and substantive law. I understand that the filing and service fees are not refundable under any circumstance.

_____
Signature of Pro Se Litigant

_07/27/21_
Date

*AFFIDAVIT OF INABILITY*



**Cause** **2021CI15053**
Judge: 150th, District Court

**District Court :**

# MARY ANGIE GARCIA
## Bexar County District Clerk

### <u>Request for Process</u>

Style: _____ Vs. _____

**Request the following process: (Please check all that Apply)**

☐ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept without a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
Name: Damon Loke   NKP Group, LLC     *ENTERED / CASHIER*
**Registered Agent/By Serving:** _____
**Address** 700 Concord Plaza Drive Ste. 700 San Antonio Tx 78216
**Service Type:** (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct
(Pct. 3 serves process countywide)

**2.**
Name: _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct
(Pct. 3 serves process countywide)

**3.**
Name: _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct
(Pct. 3 serves process countywide)

**4.**
Name: _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ Private Process ☐ Sheriff ☐ Commissioner of Insurance ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Constable Pct
(Pct. 3 serves process countywide)

**Title of Document/Pleading to be Attached to Process:** _____

**Name of Attorney/Pro se:** Damon Loke   **Bar Number:** _____
**Address:** 3251 Casa __ __ Ct San Antonio Tx   **Phone Number:** 210 594 2650
78203

**Attorney for Plaintiff** _____ **Defendant** _____ **Other** _____

****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED****

CERTIFIED MAIL 70201290000217070859

Case Number: 2021CI15053

**DAMON M LAKE VS NRP INVESTMENTS LLC**
(Note: Attached Document May Contain Additional Litigants )

IN THE 150th District Court
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"
**DIRECTED TO:**    NRP, INVESTMENTS LLC
200 CONCORD PLAZA STE 900
SAN ANTONIO, TX 78216

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said ORIGINAL PETITION was filed on this the 27th day of July, 2021

ISSUED UNDER MY HAND AND SEAL OF SAID COURT 16TH DAY OF AUGUST, 2021.

<u>DAMON M LAKE</u>
PRO-SE
323 E CARSON ST APT 8
SAN ANTONIO TX 78208



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: /s/ *Ana Cortijo*
Ana Cortijo, Deputy

---

DAMON M LAKE VS NRP INVESTMENTS LLC | **Officer's Return** | Case Number: 2021CI15053
Court: 150th District Court

Came to hand on the 16th day of August, 2021, at 4:17 PM and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the 18th day of August , 2021 by delivering to: Jillion H at 200 CONCORD PLAZA STE 900 SAN ANTONIO, TX 78216 a true copy of this CITATION, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION.
Cause of failure to execute this is _____.



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: /s/ *Ana Cortijo*
Ana Cortijo, Deputy

**FILED**
11:43 O'CLOCK A M

AUG 20 2021
MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
BY _____ DEPUTY



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7020 1290 0002 1707 0859

NRP INVESTMENTS LLC
200 CONCORD PLAZA
SAN ANTONIO, TX 78216
Ana Cortijo Citation Certified Mail 2021CI15053

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NRP INVESTMENTS LLC
200 CONCORD PLAZA
SAN ANTONIO, TX 78216
Ana Cortijo Citation Certified Mail  2021CI15053

9590 9402 6152 0209 7234 36

2. Article Number *(Transfer from service label)*
7020 1290 0002 1707 0859

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

CERTIFIED MAIL  70201290000217070859

**Case Number: 2021CI15053**

**DAMON M LAKE VS NRP INVESTMENTS LLC**
(Note: Attached Document May Contain Additional Litigants.)

IN THE 150th District Court
BEXAR COUNTY, TEXAS

## CITATION

**"THE STATE OF TEXAS"**
**DIRECTED TO:**      NRP, INVESTMENTS LLC
                     200 CONCORD PLAZA STE 900
                     SAN ANTONIO, TX 78216

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said ORIGINAL PETITION was filed  on this the 27th day of July, 2021

ISSUED UNDER MY HAND AND SEAL OF SAID COURT  16TH DAY OF AUGUST, 2021.

<u>**DAMON M LAKE**</u>
**PRO-SE**
**323 E CARSON ST APT 8**
**SAN ANTONIO TX  78208**



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

By: /s/ Ana Cortijo
                                                         Ana Cortijo, Deputy

---

| DAMON M LAKE VS NRP INVESTMENTS LLC | **Officer's Return** | **Case Number: 2021CI15053**<br>**Court: 150th District Court** |
|---|---|---|

Came to hand on the 16th day of August, 2021, at 4:17 PM and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of
_____, 20_____, by delivering to: _____at 200 CONCORD PLAZA STE 900
SAN ANTONIO, TX 78216 a true copy of this CITATION, upon which I endorsed that date of delivery, together with the accompanying copy of the
CITATION with  ORIGINAL PETITION.
Cause of failure to execute this is _____.



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

By: /s/ Ana Cortijo
                                                       **Ana Cortijo, Deputy**